# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 19, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128878(176)(180)

46TH CIRCUIT TRIAL COURT,
　　　　Plaintiff, Counter-Defendant,
　　　　Third-Party Plaintiff-Appellee,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
　　　　Defendants, Counter-Plaintiffs,
　　　　Third-Party Plaintiffs-Appellants,
and

COUNTY OF KALKASKA,
　　　　Intervening Defendant,
　　　　Counter-Plaintiff, Third-Party
　　　　Plaintiff-Appellant,
and

COUNTY OF OTSEGO,
　　　　Third-Party Defendant.
_____/

SC: 128878
COA: 254179
Crawford CC: 02-005951-CZ

　　　　On order of the Court, the motion to file reply brief exceeding the page limit is DENIED. Kalkaska and Crawford Counties may file a reply brief conforming to the 10-page limit by April 26, 2006. The motion to strike is DENIED as moot, but appellants are cautioned against submitting documents that are not part of the record below in future submissions made in connection with this appeal.

　　　　WEAVER, J., would grant the motion to file reply brief exceeding the page limit and the motion to strike.

　　　　KELLY, J., would grant the motion to file reply brief exceeding the page limit.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2006

_____
Clerk

d0419